# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> VG Liquidation, Inc., *et al.*, <br>                            Debtors.[1] | Chapter 11 <br><br> Case No. 18-11120 (JTD) <br><br> (Jointly Administered) |
| Thomas A. Pitta, Liquidating Trustee of the VG Liquidating Trust, <br><br>                            Plaintiff, <br><br> vs. <br><br> The Travelers Companies, Inc. dba Travelers, <br><br>                            Defendant. | Adv. No. 20-50585 |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses this action in its entirety without prejudice. Defendant has defenses to the claims under 11 U.S.C. §547 (c). An answer has not been filed.

Dated: August 20, 2020

**MORRIS JAMES LLP**

By: /s/ *Brya M. Keilson*
Brya M. Keilson, Esq., DE SBN 4643
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6959
Email: bkeilson@morrisjames.com

*-and-*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: VG Liquidation, Inc. (f/k/a Videology, Inc.) (2191), VG MT Liquidation LLC (f/k/a Videology Media Technologies, LLC) (6243), and VG Liquidation Ltd. (f/k/a Videology Ltd.), a company organized under the laws of England and Wales. The address of the Debtors' corporate headquarters is 145 West Ostend Street, Suite 623, Baltimore, MD 21230.

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
Email: jsteinfeld@askllp.com

*Counsel for Thomas A. Pitta, Liquidating Trustee of the VG Liquidating Trust*